IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 JUN 20 P 4: 39

CLERK _____
SO. DIST. OF GA.

PAMELA MELVIN,                    *
                                  *
          Plaintiff,              *
                                  *
     vs.                          *        CV 316-100
                                  *
MIDLAND FUNDING, LLC,             *
                                  *
          Defendant.              *


O R D E R


     On June 19, 2017, the parties filed a "Joint Stipulation of
Dismissal." In accordance with Federal Rule of Civil Procedure
41(a)(1)(A)(ii), **IT IS ORDERED** that Plaintiff Pamela Melvin's
claims against Defendant Midland Funding, LLC, are **DISMISSED WITH
PREJUDICE.** The Clerk is directed to **CLOSE** this case. Each party
shall bear their own costs.

     **ORDER ENTERED** at Augusta, Georgia, this 20th day of June,
2017.


_____
UNITED STATES DISTRICT JUDGE